JESSE S. KAPLAN CSB# 103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916) 489-9297 fax

Attorney for Plaintiff
KEVIN SHEPPARD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SHEPPARD | No. 2:06-CV-01693-JFM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| JO ANNE BARNHART Commissioner of Social Security, | |
| Defendant | |

It is hereby stipulated between the parties, through their undersigned attorneys, that plaintiff shall have an extension of time to 30 days from the date of this order in which to file his motion for summary judgment.  This is a first request for extension.

SO STIPULATED.

DATED:   January 24, 2007               /s/   Jesse S. Kaplan
                                                                 JESSE S. KAPLAN
                                                                 Attorney for Plaintiff
                                                                 KEVIN SHEPPARD

DATED:   January 25, 2007               /s/   Dennis Hanna
                                                                 DENNIS HANNA
                                                                 Special Assistant U.S. Attorney
                                                                 Attorney for Defendant

1

## ORDER

GOOD CAUSE APPEARING from the above stipulation, IT IS ORDERED that plaintiff shall have 30 days from the date of this order within which to file a motion for summary judgment.

DATED: January 30, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

13/Moulds Social Security Cases
Sheppard.1693.stipord.eot.ss.wpd