McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DENNIS J. HANNA
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Dennis.Hanna@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| KEVIN SHEPPARD,  )<br>                         )<br>       Plaintiff,  )<br>                         )<br>          v.        )<br>                         )<br>MICHAEL J. ASTRUE,  )<br>Commissioner of  )<br>Social Security,  )<br>                         )<br>       Defendant.  ) | CIVIL NO. 2:06-cv-01693-DAD<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

      It is stipulated by the parties through their undersigned counsel, with the Court's approval, that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of ONE THOUSAND SIX HUNDRED EIGHTY SEVEN and 50/100 DOLLARS ($1,687.50), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

      Payment of fees in the amount of ONE THOUSAND SIX HUNDRED EIGHTY SEVEN and 50/100 DOLLARS ($1,687.50) shall constitute a complete release from and bar to any and all claims of

/////

Plaintiff relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

                                    Respectfully submitted,

Dated: *July 10, 2007*          */s/ Jesse S. Kaplan*
                               (As authorized via facsimile)
                               JESSE S. KAPLAN
                               Attorney for Plaintiff

Dated: *July 9, 2007*          McGREGOR W. SCOTT
                               United States Attorney
                               LUCILLE GONZALES MEIS
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                               */s/ Dennis J. Hanna*
                               DENNIS J. HANNA
                               Special Assistant U.S. Attorney

**ORDER**

**APPROVED AND SO ORDERED:**

DATED: July 24, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/sheppard1693.stipord.attyfees